United States Bankruptcy Court

Northern District of Texas

In re:

James Kent Darr

James Clifton Wilson

    Debtors

Case No. 26-42171-mxm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: 309A | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Kent Darr, James Clifton Wilson, 8800 Herman Street, Fort Worth, TX 76108-1205 |
| 23360780 | + | Bernardine Wilson, 8800 Herman St., Fort Worth, TX 76108-1205 |
| 23360782 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23360788 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23360791 | + | EOS Fitness, 6385 Camp Bowie Blvd, Fort Worth, TX 76116-5423 |
| 23360792 | + | Extra Space Storage, 2795 Cottonwood Pkwy, Salt Lake City, UT 84121-7032 |
| 23360796 | | Linebarger Goggan Blair & Sampson, LLP, 1101 W 120th Ave. Suite 215, Broomfield, CO 80021 |
| 23360801 | + | Phenix Salon Suites, 6201 Sunset Drive Suite 650, Fort Worth, TX 76116-5521 |
| 23360803 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23360804 | + | Salon Blu, LLC, 6201 Sunset Dr #650 Suite 149, Fort Worth, TX 76116-5521 |
| 23360805 | + | Scot Duncil, 129 Chase Ave. Unit 62L, Russells Point, OH 43348-3500 |
| 23360808 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | May 18 2026 22:08:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FJDSPICER | May 19 2026 02:06:00 | John Dee Spicer, Suite 560, Founders Square, 900 Jackson Street, Dallas, TX 75202-4404 |
| 23360777 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2026 22:15:33 | AMEX, PO Box 650448, Dallas, TX 75265-0448 |
| 23360778 | ^ | MEBN | May 18 2026 22:06:18 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23360781 | | Email/Text: compliance@finbounce.com | May 18 2026 22:09:00 | Bounce AI, 2850 Clover Street, Pittsford, NY 14534 |
| 23360779 | + | EDI: BANKAMER | May 19 2026 02:05:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 23360786 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 18 2026 22:08:00 | Credit Corp Solutions Inc., 121 West Election Road Ste. 200, Draper, UT 84020 |
| 23360783 | + | EDI: CAPITALONE.COM | May 19 2026 02:05:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23360784 | + | EDI: JPMORGANCHASE | May 19 2026 02:05:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23360785 | + | EDI: CITICORP | May 19 2026 02:05:00 | Citibank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 23360787 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2026 22:15:35 | Credit One Bank, Attn: Bankruptcy Department, |

District/off: 0539-4 | User: admin | Page 2 of 3
Date Rcvd: May 18, 2026 | Form ID: 309A | Total Noticed: 39

| | | | PO Box 98873, Las Vegas, NV 89193-8873 |
|---|---|---|---|
| 23360789 | + EDI: DISCOVER | May 19 2026 02:05:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 23360790 | + EDI: DISCOVER | May 19 2026 02:05:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23360793 | Email/Text: collecadminbankruptcy@fnni.com | May 18 2026 22:09:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 23360794 | + EDI: IRS.COM | May 19 2026 02:05:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23360795 | + Email/Text: dallas.bankruptcy@LGBS.com | May 18 2026 22:09:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23360799 | Email/Text: EBN@Mohela.com | May 18 2026 22:09:00 | Mohela/Dofed, MOHELA, Attn: Bankruptcy 633 Spirit Driv, Chesterfield, MO 63005-1243 |
| 23360797 | + EDI: PARALONMEDCREDT | May 19 2026 02:06:00 | MediCredit, PO Box 7411713, Chicago, IL 60674-1713 |
| 23360798 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2026 22:09:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23360800 | + Email/Text: emccain@pbfcm.com | May 18 2026 22:09:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23360802 | Email/Text: lawfirmTX@RAUSCHSTURM.com | May 18 2026 22:09:00 | Rausch Sturm LLP, 15660 North Dallas Parkway Ste. 350, Dallas, TX 75248 |
| 23360807 | EDI: SYNC | May 19 2026 02:05:00 | SYNCB/CCDSTR, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 23360806 | Email/Text: pacer@cpa.state.tx.us | May 18 2026 22:09:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23360809 | + Email/Text: bcd@oag.texas.gov | May 18 2026 22:09:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23360810 | + Email/Text: collections.pacer@twc.texas.gov | May 18 2026 22:09:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23360811 | + Email/Text: bankruptcynotices@sba.gov | May 18 2026 22:09:00 | U.S. Small Business Administration, 1545 Hawkins Blvd Ste 202, El Paso, TX 79925-2654 |
| 23360812 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | May 18 2026 22:09:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4                              User: admin                                        Page 3 of 3
Date Rcvd: May 18, 2026                           Form ID: 309A                                     Total Noticed: 39

Date: May 20, 2026                    Signature:        /s/Gustava Winters

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | James Kent Darr | Social Security number or ITIN: xxx–xx–4964 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | James Clifton Wilson | Social Security number or ITIN: xxx–xx–2981 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Northern District of Texas | | Date case filed for chapter: 7   5/18/26 |
| Case number: 26–42171–mxm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** 10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Kent Darr | James Clifton Wilson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8800 Herman Street Fort Worth, TX 76108 | 8800 Herman Street Fort Worth, TX 76108 |
| 4. | **Debtor's attorney** Name and address | Clayton Everett 515 E. Border St. Ste 163 76010 Arlington, TX 76010 | Contact phone 817–704–3984 Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee** Name and address | John Dee Spicer Suite 560, Founders Square 900 Jackson Street Dallas, TX 75202–4425 | Contact phone (214) 573–7331 |

**For more information, see page 2 >**

Debtor  **James Kent Darr**  and  **James Clifton Wilson**                    Case number **26–42171–mxm7**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 5/18/26 |
|---|---|---|---|

| 7. Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 23, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 707 056 0340, and Passcode 2104473206, OR call 1–469–397–0792**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
|---|---|---|

| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
|---|---|---|

| 9. Deadlines<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/24/26** |
|---|---|---|
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**