Certificate Number: 05781-TXN-DE-041105625

Bankruptcy Case Number: 26-42171



05781-TXN-DE-041105625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2026, at 11:15 o'clock AM PDT, James Wilson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: June 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President