Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>James Kent Darr and James Clifton Wilson,<br><br><br>Debtors. | Case No. 26-42171-mxm<br><br>Chapter 7 |

### DEBTORS' MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13 PURSUANT TO 11 U.S.C. § 706(a)

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., RM. 147, FORT WORTH, TX 76102-3643, BEFORE CLOSE OF BUSINESS ON AUGUST 17, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES James Kent Darr and James Clifton Wilson, Debtors in the above-captioned bankruptcy proceeding ("Debtors"), by and through their undersigned counsel, and respectfully move this Court for an Order converting this bankruptcy case from Chapter 7 to Chapter 13

pursuant to 11 U.S.C. § 706(a). In support of this Motion, Debtors respectfully show the Court as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334 and 157. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. Venue is proper in this District and Division pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. FACTUAL AND PROCEDURAL BACKGROUND

3. On May 18, 2026 (the "Petition Date"), Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

4. John Dee Spicer was appointed as the Chapter 7 Trustee.

5. This case has not previously been converted under section 1112, 1208, or 1307 of the Bankruptcy Code.

## III. ARGUMENT & AUTHORITY

6. Pursuant to 11 U.S.C. § 706(a), a debtor may convert a case under Chapter 7 to Chapter 11, 12, or 13 at any time, provided the case has not previously been converted under section 1112, 1208, or 1307.

7. Under 11 U.S.C. § 706(d), a case may be converted to Chapter 13 if the debtors are eligible to be debtors under such chapter.

8. Debtors meet the eligibility criteria under 11 U.S.C. § 109(e): (a) Debtors are individuals with regular income; and (b) Debtors' noncontingent, liquidated unsecured debts total $101,048.98 and secured debts total $20,000.00, both of which fall well within the statutory debt limitations set forth in 11 U.S.C. § 109(e).

9.  Debtors desire to convert this case to Chapter 13 to propose a Chapter 13 Plan to repay creditors and reorganize their financial obligations.

## IV. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Debtors James Kent Darr and James Clifton Wilson respectfully request that this Court enter an order:

1.  Converting this case from Chapter 7 to Chapter 13 of the Bankruptcy Code;

2.  Directing Debtors to file their Chapter 13 Plan and required supplemental schedules within the time mandated by the Federal Rules of Bankruptcy Procedure; and

3.  Granting Debtors such other and further relief to which they may be justly entitled.

DATE:  July 27, 2026.

Respectfully submitted:
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, a true and correct copy of the foregoing *Motion to Convert Case to Chapter 13* was served electronically via the Court's CM/ECF system on the Chapter 7 Trustee, John Dee Spicer, the Office of the United States Trustee, and all registered ECF recipients in this case.

/s/ Clayton L. Everett