IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:

James Kent Darr and James Clifton Wilson,

Debtors.

Case No. 26-42171-mxm

Chapter 7

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

CAME ON for consideration the Motion to Convert Case from Chapter 7 to Chapter 13 (the "Motion") filed by Debtors James Kent Darr and James Clifton Wilson ("Debtors"). The Court, having reviewed the Motion and noting that this case has not previously been converted under 11 U.S.C. §§ 1112, 1208, or 1307, finds that Debtors are entitled to conversion pursuant to 11 U.S.C. § 706(a). It is therefore:

**ORDERED** that this case is hereby converted from Chapter 7 to Chapter 13 of the Bankruptcy Code; and it is further

**ORDERED** that the Chapter 7 Trustee, John Dee Spicer, is discharged from further duties in this case; and it is further

**ORDERED** that **Debtors** shall file their Chapter 13 Plan and any required supplemental statements or schedules within fourteen (14) days from the entry of this Order, or as otherwise provided by the Federal Rules of Bankruptcy Procedure or Local Rules.

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: (817) 524-6686
Attorney for Debtors