Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtors

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>James Kent Darr and James Clifton Wilson,<br><br>Debtors. | Case No. 26-42171-mxm<br><br>Chapter 7 |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13 PURSUANT TO 11 U.S.C. § 706(A)

On July 27, 2026, I filed and served the *Debtor's Motion to Convert Case from Chapter 7 to Chapter 13* (Dkt. 12). A response to the Motion was due on Monday, August 17, 2026. As of the date of this certificate, no party in interest has filed a response or advised me of any opposition to the relief sought in the Motion.

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors

\

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system on the Chapter 7 Trustee, John Dee Spicer, the Office of the United States Trustee, and all registered ECF recipients in this case.

/s/ Clayton L. Everett
Clayton L. Everett