United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42171-mxm
James Kent Darr Chapter 13
James Clifton Wilson
Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Aug 21, 2026 Form ID: pdf020 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Kent Darr, James Clifton Wilson, 8800 Herman Street, Fort Worth, TX 76108-1205 |
| 23360780 | + | Bernardine Wilson, 8800 Herman St., Fort Worth, TX 76108-1205 |
| 23360782 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23360788 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23360791 | + | EOS Fitness, 6385 Camp Bowie Blvd, Fort Worth, TX 76116-5423 |
| 23360792 | + | Extra Space Storage, 2795 Cottonwood Pkwy, Salt Lake City, UT 84121-7032 |
| 23360796 | | Linebarger Goggan Blair & Sampson, LLP, 1101 W 120th Ave. Suite 215, Broomfield, CO 80021 |
| 23360801 | + | Phenix Salon Suites, 6201 Sunset Drive Suite 650, Fort Worth, TX 76116-5521 |
| 23360803 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23360804 | + | Salon Blu, LLC, 6201 Sunset Dr #650 Suite 149, Fort Worth, TX 76116-5521 |
| 23360805 | + | Scot Duncil, 129 Chase Ave. Unit 62L, Russells Point, OH 43348-3500 |
| 23360808 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: jspicer@chfirm.com | Aug 21 2026 22:29:00 | John Dee Spicer, Suite 560, Founders Square, 900 Jackson Street, Dallas, TX 75202-4404 |
| 23360777 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 22:31:46 | AMEX, PO Box 650448, Dallas, TX 75265-0448 |
| 23360778 | ^ | MEBN | Aug 21 2026 22:25:09 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23360781 | | Email/Text: bnc@finbounce.com | Aug 21 2026 22:28:00 | Bounce AI, 2850 Clover Street, Pittsford, NY 14534 |
| 23360779 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 21 2026 22:27:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 23360782 | + | Email/Text: ljalovec@belaw.com | Aug 21 2026 22:28:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23360786 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 21 2026 22:27:00 | Credit Corp Solutions Inc., 121 West Election Road Ste. 200, Draper, UT 84020 |
| 23360783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 22:31:39 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23360784 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 22:31:39 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23360785 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 22:46:36 | Citibank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 23360787 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2026 22:31:39 | Credit One Bank, Attn: Bankruptcy Department, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 98873, Las Vegas, NV 89193-8873 |
| 23360789 | + | Email/Text: mrdiscen@discover.com | Aug 21 2026 22:27:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 23360790 | + | Email/Text: mrdiscen@discover.com | Aug 21 2026 22:27:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23360793 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 21 2026 22:28:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 23360794 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 22:28:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23360795 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 21 2026 22:28:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23360799 | | Email/Text: EBN@Mohela.com | Aug 21 2026 22:28:00 | Mohela/Dofed, MOHELA, Attn: Bankruptcy 633 Spirit Driv, Chesterfield, MO 63005-1243 |
| 23360797 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Aug 21 2026 22:29:00 | MediCredit, PO Box 7411713, Chicago, IL 60674-1713 |
| 23360798 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2026 22:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 23360800 | + | Email/Text: emccain@pbfcm.com | Aug 21 2026 22:28:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23360802 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Aug 21 2026 22:28:00 | Rausch Sturm LLP, 15660 North Dallas Parkway Ste. 350, Dallas, TX 75248 |
| 23360807 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 22:31:38 | SYNCB/CCDSTR, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 23360806 | | Email/Text: pacer@cpa.state.tx.us | Aug 21 2026 22:28:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23360809 | + | Email/Text: bcd@oag.texas.gov | Aug 21 2026 22:28:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23360810 | + | Email/Text: collections.pacer@twc.texas.gov | Aug 21 2026 22:28:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23360811 | + | Email/Text: bankruptcynotices@sba.gov | Aug 21 2026 22:28:00 | U.S. Small Business Administration, 1545 Hawkins Blvd Ste 202, El Paso, TX 79925-2654 |
| 23360812 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 21 2026 22:28:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Joint Debtor James Clifton Wilson clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor James Kent Darr clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| John Dee Spicer | trusteedocs@chfirm.com jds@trustesolutions.net |
| Pam Bassel (NRH) | 341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 21, 2026**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>James Kent Darr and James Clifton Wilson,<br><br>Debtors. | Case No. 26-42171-mxm<br><br>Chapter 7 |

**ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13**

CAME ON for consideration the Motion to Convert Case from Chapter 7 to Chapter 13 (the "Motion") filed by Debtors James Kent Darr and James Clifton Wilson ("Debtors"). The Court, having reviewed the Motion and noting that this case has not previously been converted under 11 U.S.C. §§ 1112, 1208, or 1307, finds that Debtors are entitled to conversion pursuant to 11 U.S.C. § 706(a). It is therefore:

**ORDERED** that this case is hereby converted from Chapter 7 to Chapter 13 of the Bankruptcy Code; and it is further

**ORDERED** that the Chapter 7 Trustee, John Dee Spicer, is discharged from further duties in this case; and it is further

**ORDERED** that **Debtors** shall file their Chapter 13 Plan and any required supplemental statements or schedules within fourteen (14) days from the entry of this Order, or as otherwise provided by the Federal Rules of Bankruptcy Procedure or Local Rules.

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: (817) 524-6686
Attorney for Debtors