Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>James Kent Darr and James Clifton Wilson,<br><br>Debtors. | Case No. 26-42171-mxm13<br><br>Chapter 13 |

**DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 PLAN AND OTHER REQUIRED SUPPLEMENTAL SCHEDULES**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

James Kent Darr and James Clifton Wilson ("Debtors") respectfully file this *Motion for Extension of Time to File Chapter 13 Plan and Other Required Supplemental Schedules* ("Motion"), and in support thereof respectfully show the Court as follows:

1. On May 18, 2026 (the "Petition Date"), Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On July 27, 2026, Debtors filed a Motion to Convert the Case from Chapter 7 to Chapter 13 pursuant to 11 U.S.C. § 706(a). (Dkt. No. 12) On August 21, 2026, the Court entered an Order granting the Motion to Convert (Dkt. 15).

3. Pursuant to the conversion order and applicable rules, the Chapter 13 Plan and other required supplemental schedules ("Required Documents") are currently due on September 4, 2026.

4. Counsel for Debtors has prepared the Required Documents; however, additional time is needed for Debtors to thoroughly review, execute, and return the final signature pages.

5. Debtors request a brief fourteen (14) day extension, through and including **September 18, 2026**, to review and file the Required Documents pursuant to Rules 1007(c) and 3015(b)(2) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-1.

**WHEREFORE, PREMISES CONSIDERED,** Debtors respectfully request that the Court grant this Motion, extend the deadline to file the Required Documents through and including September 18, 2026, and grant Debtors such other and further relief to which they may be justly entitled.

DATED: September 4, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett