UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>James Kent Darr and James Clifton Wilson,<br><br>Debtors. | Case No. 26-42171-mxm13<br><br>Chapter 13 |

**ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 PLAN AND OTHER REQUIRED SUPPLEMENTAL SCHEDULES**

CAME ON for consideration the Debtors' *Motion for Extension of Time to File Chapter 13 Plan and Other Required Supplemental Schedules* (the "Motion") filed by James Kent Darr and James Clifton Wilson ("Debtors"). The Court, having considered the Motion and finding that good cause exists for the requested extension, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the deadline for Debtors to file their Chapter 13 Plan and other required supplemental schedules is extended through and including September 18, 2026.

IT IS SO ORDERED.

### END OF ORDER ###

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: (817) 524-6686
Attorney for Debtors