UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

JAMES KENT DARR
JAMES CLIFTON WILSON

CASE NO: 26-42171-mxm

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 23

On 9/14/2026, I did cause a copy of the following documents, described below,

angela@norredlaw.com ECF Docket Reference No. 23

angela@norredlaw.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/14/2026

/s/ Clayton L. Everett
Clayton L. Everett 24065212

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

JAMES KENT DARR
JAMES CLIFTON WILSON

CASE NO: 26-42171-mxm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 23

On 9/14/2026, a copy of the following documents, described below,

angela@norredlaw.com ECF Docket Reference No. 23

angela@norredlaw.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-42171-MXM
NORTHERN DISTRICT OF TEXAS
FRI SEP 11 14-38-31 PST 2026

~~EXCLUDE~~

~~501 W TENTH STREET~~
~~FORT WORTH TX 76102-3637~~

AMEX
PO BOX 650448
DALLAS TX 75265-0448

ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

BANK OF AMERICA
4909 SAVARESE CIRCLE FL19080150
TAMPA FL 33634-2413

BERNARDINE WILSON
8800 HERMAN ST
FORT WORTH TX 76108-1205

(P)BOUNCE AI INC
333 METRO PARK SUITE 5205
ROCHESTE NY 14623-2632

BRACKETT ELLIS
100 MAIN ST
FORT WORTH TX 76102-3008

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130-0281

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850-5298

CITIBANK
PO BOX 790046
SAINT LOUIS MO 63179-0046

(P)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7766

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

DEPARTMENT OF JUSTICE TAX
1700 PACIFIC AVE SUITE 3700
DALLAS TX 75201-4656

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

EOS FITNESS
6385 CAMP BOWIE BLVD
FORT WORTH TX 76116-5423

EXTRA SPACE STORAGE
2795 COTTONWOOD PKWY
SALT LAKE CITY UT 84121-7032

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

LINEBARGER GOGGAN BLAIR SAMPSON LLP
1101 W 120TH AVE SUITE 215
BROOMFIELD CO 80021

MEDICREDIT
PO BOX 7411713
CHICAGO IL 60674-1713

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON TX 76010-7457

PHENIX SALON SUITES
6201 SUNSET DRIVE SUITE 650
FORT WORTH TX 76116-5521

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

(P)RAUSCH STURM LLP
250 N SUNNYSLOPE ROAD
BROOKFIELD WI 53005-4824

RICK BARNES TARRANT COUNTY TAX ASSESSOR
100 E WEATHERFORD
FORT WORTH TX 76196-0206

SYNCBCCDSTR
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SALON BLU LLC
6201 SUNSET DR 650 SUITE 149
FORT WORTH TX 76116-5521

SCOT DUNCIL
129 CHASE AVE UNIT 62L
RUSSELLS POINT OH 43348-3500

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TEXAS ALCOHOLIC BEVERAGE COMMISSIONTAXING A
5806 MESA DR
AUSTIN TX 78731-3765

TEXAS ATTORNEY GENERALS OFFICE
BANKRUPTCYCOLLECTIONS DIV
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

US SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BLVD STE 202
EL PASO TX 79925-2654

US TRUSTEE
1100 COMMERCE ST RM 976
DALLAS TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

JAMES CLIFTON WILSON
8800 HERMAN STREET
FORT WORTH TX 76108-1205

DEBTOR
JAMES KENT DARR
8800 HERMAN STREET
FORT WORTH TX 76108-1205

PAM BASSEL (NRH)
STANDING CHAPTER 13 TRUSTEE
6851 NE LOOP 820
STE 300
NORTH RICHLAND HILLS TX 76180-6608