**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 26-42171-MXM** |
| | § | |
| **JAMES KENT DARR, xxx-xx-4964** | § | **Chapter 13** |
| **JAMES CLIFTON WILSON, xxx-xx-2981** | § | |
| **8800 HERMAN ST** | § | **Court Hearing: Thursday, November 19, 2026 at 8:30 AM** |
| **FORT WORTH, TX 76108** | § | |
| **Debtors** | | |

## NOTICE OF
## DEADLINE FOR OBJECTION TO CONFIRMATION

**October 13, 2026** is the last day for filing Objections to Confirmation of Debtors' Chapter 13 Plan filed on or about September 11, 2026. Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.**

## CONFIRMATION HEARING

If an Objection to Confirmation of Debtors' Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, November 19, 2026** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX 76102 or by WebEx at: https://us-courts.webex.com/meet/Mullin, Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2026-01 governs Chapter 13 cases in the Northern District of Texas. A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
Bar No. 01344800
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
Website: www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before September 22, 2026.

/s/ Pam Bassel
Pam Bassel

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

**BY FIRST CLASS MAIL:**

AMERICAN EXPRESS, Attn: Officer/President, PO BOX 650448, DALLAS, TX 75265

ATTORNEY GENERAL OF TEXAS, Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

BANK OF AMERICA, Attn: Officer/President, 4909 SAVARESE CIR FL1 908 01 50, TAMPA, FL 33634

BERNARDINE WILSON, Attn: Officer/President, 8800 HERMAN ST, FORT WORTH, TX 76108

BOUNCE AI, Attn: Officer/President, 2850 CLOVER ST, PITTSFORD, NY 14534-0000

BRACKETT & ELLIS, Attn: Officer/President, 100 MAIN ST, FT WORTH, TX 76102

CAPITAL ONE NA, Attn: Officer/President, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272

CAPITAL ONE NA, Attn: Officer/President, AIS INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-0000

CHASE, Attn: Officer/President, PO BOX 15298, WILMINGTON, DE 19850

CITIBANK, Attn: Officer/President, PO BOX 790046, ST LOUIS, MO 63179

CREDIT CORP SOLUTIONS, Attn: Officer/President, 121 W ELECTION RD #200, DRAPER, UT 84020-0000

CREDIT ONE, Attn: Officer/President, PO BOX 98873, LAS VEGAS, NV 89193-0000

DEPT OF JUSTICE - TAX DIVISION, Attn: Officer/President, 1700 PACIFIC AVE #3700, DALLAS, TX 75201-0000

DISCOVER, Attn: Officer/President, PO BOX 30939, SALT LAKE CITY, UT 84130

EOS FITNESS, Attn: Officer/President, 6385 CAMP BOWIE BLVD, FORT WORTH, TX 76116

EXTRA SPACE STORAGE, Attn: Officer/President, 2795 COTTONWOOD PKWY, SALT LAKE CITY, UT 84121

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

JAMES KENT DARR, JAMES CLIFTON WILSON, 8800 HERMAN ST, FORT WORTH, TX 76108-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON LLP, Attn: Officer/President, 1101 W 120TH AVE STE 215, BROOMFIELD, CO 80021-0000

LINEBARGER GOGGAN BLAIR ET AL, Attn: Officer/President, 100 THROCKMORTON #1700, FT WORTH, TX 76102-0000

MEDICREDIT, Attn: Officer/President, PO BOX 7411713, CHICAGO, IL 60674

MIDLAND CREDIT MGMT, Attn: Officer/President, PO BOX 939069, SAN DIEGO, CA 92193-0000

MOHELA/DEPT OF ED, Attn: Officer/President, 633 SPIRIT DR, CHESTERFIELD, MO 63005-0000

PERDUE BRANDON FIELDER COLLINS AND MOTT, Attn: Officer/President, 500 E BORDER ST #640, ARLINGTON, TX 76010-0000

PHENIX SALON SUITES, Attn: Officer/President, 6201 SUNSET DR STE 650, FORT WORTH, TX 76116

QUANTUM3 GROUP, Attn: Officer/President, PO BOX 2489, KIRKLAND, WA 98083-0000

QUANTUM3 GROUP LLC, Attn: Officer/President, PO BOX 788, KIRKLAND, WA 98083

RAUSCH STRUM, Attn: Officer/President, 15660 N DALLAS PKWY STE 350, DALLAS, TX 75248-0000

**BY FIRST CLASS MAIL:**

RICK BARNES TAX ASSESSOR/COLLECTOR, Attn: Officer/President, 100 E WEATHERFORD ST, FT WORTH, TX 76196

SALON BLU LLC, Attn: Officer/President, 6201 SUNSET DR #650 STE 149, FORT WORTH, TX 76116

SCOT DUNCIL, Attn: Officer/President, 129 CHASE AVE UNIT 62L, RUSSELLS POINT, OH 43348

SYNCHRONY BANK, Attn: Officer/President, PO BOX 71778, PHILADELPHIA, PA 19176-0000

TARRANT COUNTY TAX COLLECTOR, Attn: Officer/President, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196

TEXAS ALCOHOLIC BEVERAGE COMM, Attn: Officer/President, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS COMPTROLLER PUBLIC ACCTS, Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS WORKFORCE COMMISSION, Attn: Officer/President, TAX DEPT COLLECTION FKA TEC, BANKRUPTCY ROOM 556-A, AUSTIN, TX 78778-0000

UNITED STATES ATTORNEY, CIVIL PROCESS CLERK, 1100 COMMERCE ST #300, DALLAS, TX 75242

US ATTORNEY GENERAL, US DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530

US DEPARTMENT OF JUSTICE, Attn: Officer/President, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000

US SMALL BUSINESS ADMINISTRATION, Attn: Officer/President, 1545 HAWKINS BLVD STE 202, EL PASO, TX 79925