**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS 76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**

**JAMES KENT DARR & JAMES CLIFTON WILSON**

**DEBTORS**

**CASE NO: 26-42171-MXM**

**First Payment Date: Sun, Sep 20, 2026**

---

# TRUSTEE'S (7) DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL (NO FIRST PAYMENT)

---

**Notice is HEREBY GIVEN** to the above named Debtors and to the Debtors' Attorney that on or after 7 days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

> Debtors did not pay the Trustee the first Payment specified in Debtors' Plan within 30 days after the Petition Date.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE.** Pursuant to General Order 2026-01 Section 3c, a Chapter 13 Petition may be dismissed without prejudice, after 7 days prior written notice to the Debtors and Debtors' Counsel, and without further notice. The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that:

> Debtors did not pay to the Trustee within 30 days after the Petition Date the first Payment specified in the Plan as required by Section 1326 (a)(1) of the Bankruptcy Code.

Due Date is September 30, 2026. Payments must be received by 4:00 p.m.

/s/ *Pam Bassel*

Pam Bassel, Trustee
State Bar # 01344800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before September 23, 2026.

**BY FIRST CLASS MAIL:**

JAMES KENT DARR, JAMES CLIFTON WILSON, 8800 HERMAN ST, FORT WORTH, TX 76108-0000

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ *Pam Bassel*

Pam Bassel, Trustee
State Bar # 01344800