**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**

**JAMES KENT DARR**
**JAMES CLIFTON WILSON**

**Debtors,**

**Case No: 26-42171-MXM**

**Court Hearing:**
**Time & Date: 8:30 AM on**
**Thursday, November 19, 2026**

## TRUSTEE'S OBJECTION TO CONFIRMATION

**TO THE HONORABLE MARK X MULLIN, U.S. BANKRUPTCY JUDGE:**

Now comes Pam Bassel, the Standing Chapter 13 Trustee, and files herein the "Trustee's Objection to Confirmation" of the Plan heretofore filed herein by Debtors, and for the same would respectfully show the Court as follows:

The Debtors have failed to meet the requirements of 11 U.S.C. Section 1325(a)(9). The Trustee would show, on information and belief, that the Debtors have not filed all applicable federal, state, and local tax returns as required by Section 1308 of the Bankruptcy Code. As of the date of the 341 meeting on 09/23/2026 the returns for the following tax years have not been filed, based on the Estimated Tax Claim filed by the Internal Revenue Service: **2020, 2021, 2022, 2023**. Therefore, the Trustee is unable to recommend Confirmation of the Plan.

The Trustee would show that the Debtors have not provided to the Trustee their federal income tax return for the calendar year **2020, 2021, 2022, 2023,** and thereby has failed to cooperate with the Trustee as required by Section 521(a)(3) of the Bankruptcy Code. Therefore, the Trustee is unable to recommend Confirmation of the Plan.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that said Plan not be confirmed unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By: /s/ Angela D. Allen

Pam Bassel, Bar # 01344800
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties listed below in the manner listed below on or before September 28, 2026.

/s/ Angela D. Allen

Pam Bassel, Angela Allen

**BY FIRST CLASS MAIL:**

JAMES KENT DARR, JAMES CLIFTON WILSON, 8800 HERMAN ST, FORT WORTH, TX 76108-0000

**BY ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX 76010

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242