**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

IN RE:
James Kent Darr and
James Clifton Wilson,

Debtors.

§ CASE NO. 26-42171-mxm13
§
§ CHAPTER 13
§

**DEBTOR'S(S') CERTIFICATE THAT ALL TAX RETURNS HAVE BEEN FILED**

Pursuant to General Order 2023-04, paragraph 11(d) (and as the General Order may be amended) and 11 U.S.C. § 1325(a)(9), the Debtor(s) certifies/certify as follows:

**I/WE WAS/WERE NOT REQUIRED** by applicable law to file a federal income tax return with the Internal Revenue Service (IRS) for the following years:

Debtor James Kent Darr was not required to file federal income tax returns for 2022 and 2023.

______________________________.

Other than the returns that were due for the years disclosed above, **I/WE HAVE FILED** all federal income tax returns with the Internal Revenue Service (IRS) for the following 4-year period ending immediately prior to my bankruptcy petition date, those being the returns for tax years: 2022, 2023, 2024 and 2025.

In addition, **I/WE HAVE FILED** any other Federal, State and local tax returns required under applicable law and as required by 11 U.S.C. § 1308 for all taxable periods ending during the 4-year period ending immediately prior to my bankruptcy petition date, those being described as follows (identify the type of tax and period):

______________________________

______________________________.

**I/WE ACKNOWLEDGE** that the failure to file any tax return required by 11 U.S.C. § 1308 may result in dismissal or conversion of my/our bankruptcy case under 11 U.S.C. § 1307(e).

**I/WE DECLARE** under penalty of perjury that the foregoing information is true and correct.

DATED: 11/9/26

______________________________
DEBTOR

______________________________
JOINT DEBTOR

Revised: 4/26/2024